IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONTE LAWRENCE,

    *Petitioner*,

v.

LAWRENCE MAHALLY, *et al.*,

    *Respondents*.

CIVIL ACTION
NO. 17-871

## ORDER

**AND NOW**, this 17th day of May, 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge David Strawbridge, (ECF No. 14), and Donte Lawrence's objections thereto, (ECF No. 19), it is hereby **ORDERED** that:

1. Lawrence's objections are **OVERRULED** and Magistrate Judge Strawbridge's Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Lawrence's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**;
3. No certificate of appealability shall issue and
4. The case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.